

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 19- cr 579

CERTAIN PERSON      UNDER SEAL

FILED
SEP 26 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW, this 26 day of September, 2019, upon consideration of the Government's Motion to Impound Information, and accompanying docket papers, and after balancing the public right of access to court documents with the government's interest in protecting an ongoing criminal investigation and protecting the safety of cooperating witnesses in this matter, it is hereby

## ORDERED

that the within Information and accompanying docket papers are IMPOUNDED and to be retained in the custody of the Clerk of Court until further order of the Court or until notified by the United States Attorney, or his representative, except that the Clerk is authorized to disclose to the attorney for the government the docket number and district court judge assigned to the case, and the attorney for the government is authorized to disclose the Information to the district court judge assigned to the case. The Clerk of Court is directed to make no public docket entry of the

sealed documents and motion and order to seal, and to provide copies of all sealed documents only to representatives from the United States Attorney's Office.

BY THE COURT:

_____
HONORABLE JACOB P. HART
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19- 579 |
| CERTAIN PERSON | : | UNDER SEAL |

## MOTION TO IMPOUND INFORMATION

The United States of America, by and through its attorneys, William M. McSwain, United States Attorney for the Eastern District of Pennsylvania, and Jerome M. Maiatico and Kelly Harrell, Assistant United States Attorneys for the District, moves to impound the within documents and in support of its Motion states as follows:

1. The within Information, and accompanying docket papers, are documents which, if made public would jeopardize the government's interest in protecting an ongoing criminal investigation and protecting the safety of cooperating witnesses in this matter.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to protecting an ongoing criminal investigation and protecting the safety of cooperating witnesses, are traditionally conducted ex parte and in camera, with deference to the government's determination that the information should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in not jeopardizing an ongoing criminal investigation and protecting the safety of cooperating witnesses in this matter, the government respectfully requests that the government's Motion be GRANTED. The government further requests that the Clerk of Court be directed to make no public docket entry of the sealed documents and motion

and order to seal, and to provide copies of all sealed documents only to representatives from the United States Attorney's Office.

          **Respectfully submitted,**

          **WILLIAM M. MCSWAIN**
          **United States Attorney**

          */s/*

          **Jerome M. Maiatico**
          **Kelly Harrell**
          **Assistant United States Attorneys**