Exhibit A



# Law Enforcement Boarding of MSC Gayane

# Exhibit B

# Cocaine-Filled Bales and Duffel Bags Inside Containers















# Bricks of Cocaine



# Exhibit C

MSC Gayane





Side view of the MSC Gayane depicting cargo above and below deck

Exhibit D



# MSC Gayane Crew List by Rank

Exhibit E



MSC
Gayane's
Crane

Exhibit F



Fake Seals on
Containers



Extra Fake Seals Hidden in Electrical Box







