IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | Criminal Action |
| | : | |
| v. | : | |
| | : | |
| Ivan Durasevic | : | No.: 2:19-cr-00579 |

ORDER

AND NOW, this            day of                            20 21 , it is hereby

ORDERED that the application of ___Reed Brodsky_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐        GRANTED.[1]

☐        DENIED.

_____
                                                                                            , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Criminal Action No# 2:19-cr-00579

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
### PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Reed Brodsky__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A.    *I state that I am currently admitted to practice in the following state jurisdictions:*

| New York | March 18, 1998 | 2843019 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.    *I state that I am currently admitted to practice in the following federal jurisdictions:*

| Southern District of New York | Nov.24, 2014 | RB4755 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Eastern District of New York | Feb. 5, 2016 | RB4755 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Court of Appeals for the Second Circuit | June 15, 2006 | RB4755 |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.    *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*    _____
(Applicant's Signature)

July 29, 2021
_____
(Date)

Name of Applicant's Firm    Gibson, Dunn & Crutcher LLP

Address    200 Park Avenue, 47th Floor, New York, New York 10166

Telephone Number    (212) 351-4000

Email Address    rbrodsky@gibsondunn.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ July 29, 2021 _____    _____
(Date)    (Applicant's Signature)

04/20

II.  SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of <u>Reed Brodsky</u> to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Mira Baylson | | 08/11/2015 | 209559 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cozen O'Connor

One Liberty Place, 1650 Market Street Suite 2800

Phila, PA 19103, 215-665-4631

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 29, 2021__

                (Date)                                                   (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States | : | Criminal Action |
| | : | |
| v. | : | |
| | : | |
| Ivan Durasevic | : | No.: 2:19-cr-00579 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Reed Brodsky__ ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

Order which, if granted, would permit such practice in this court was served as follows:

This application will be filed and served electronically through the Eastern District of Pennsylvania Clerk's Office Electronic Case Filing System where all counsel of record are registered

_____
(Signature of Attorney)

 Mira Baylson
_____
(Name of Attorney)

 MSC Mediterranean Shipping Company SA
_____
(Name of Moving Party)

July 29, 2021
_____
(Date)