IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| United States | : | Criminal Action |
| | : | |
| v. | : | |
| | : | |
| Ivan Durasevic | : | No.: 2:19-cr-00579 |

ORDER

AND NOW, this   2nd    day of   August                              20 21 , it is hereby

ORDERED that the application of ____Reed Brodsky_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑        GRANTED.[1]

☐        DENIED.


            /s/Harvey Bartle III
                                                      , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.